IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 94-cr-534-02 |
| v. : | |
| : | |
| OSSIE ROBERT TRADER : | |

## MEMORANDUM AND ORDER

Petitioner Ossie Robert Trader ("Trader") has filed numerous pleadings and motions in this Court, under the above criminal docket number as well as various civil dockets numbers, all stemming from Trader's 1995 guilty plea to charges of conspiracy to commit armed bank robbery, use of a firearm during a crime of violence, and aiding and abetting in violation of 18 U.S.C. §§ 2113(d), 924(c), and 2. See United States v. Trader, No. 94-534-02, 2005 WL 3263043 (E.D. Pa. Nov. 29, 2005). Presently before the Court are Trader's Motion Pursuant to Rule 15(c)(2) (Doc. No. 195), Motion Pursuant to Rule 60(b) (Doc. No. 199), and two Motions to Amend/Supplement the Pleadings (Docs. No. 200, 201).

Despite the variety of procedural devices upon which Trader attempts to base his claims, all motions challenge his underlying criminal conviction. These claims are therefore properly pursued by means of a petition brought pursuant to 28 U.S.C. § 2255. This Court has already denied a prior § 2255 petition, see United States v. Trader, No, 94-534-02 2006 WL 2034734 (E.D. Pa. July 18, 2006). Therefore this Court has no jurisdiction. It is hereby ORDERED that all Motions are DISMISSED.

BY THE COURT:

DATE: 8/23/07

Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\94-0534-2, US v. Ossie Trader\94-534-2 US v. Ossie Trader, 8-24-07 order.wpd